Day, J.
 

 I do not concur in the affirmance of the judgment. As I regard the case, there was no evidence of an indebtedness of the firm but the admissions of a partner after the dissolution of the partnership. The court below, I think, erred in holding that such admissions were admissible to prove an indebtedness of the firm.
 

 In support of the conclusion to which I have arrived, I refer to the following authorities:
 
 Palmer
 
 v.
 
 Dodge,
 
 4 Ohio St. 21;
 
 Hackley
 
 v.
 
 Patrick,
 
 3 Johns. 536;
 
 Walden
 
 v.
 
 Sherburne,
 
 15 Johns. 409;
 
 Gleason
 
 v.
 
 Clark,
 
 9 Cow. 57;
 
 Van Keuren
 
 v.
 
 Parmelee,
 
 2 Comst. 523;
 
 Miller
 
 v.
 
 Neimerick,
 
 19 Ill. 172;
 
 Winslow
 
 v.
 
 Newlan,
 
 45 Ill. 145;
 
 Brady
 
 v.
 
 Hill,
 
 1 Mo. 315;
 
 Little
 
 v.
 
 Ferguson,
 
 2 Mo. 598;
 
 Yandes
 
 v.
 
 Lefavour,
 
 2 Blackf. 371;
 
 Daniel
 
 v.
 
 Nelson,
 
 10 B. Mon. 316;
 
 Hamilton
 
 v.
 
 Summers,
 
 12 B. Mon. 11;
 
 Searight
 
 v.
 
 Craighead,
 
 Ib. 135;
 
 Owings
 
 v.
 
 Low,
 
 5 Gill & Johns. 134;
 
 Shelton
 
 v.
 
 Cocke,
 
 3 Munf. 191;
 
 Chardon
 
 v.
 
 Olephant,
 
 Tread. 685;
 
 Brewsters. Hardeman,
 
 Dudley, 138;
 
 Bishop
 
 v.
 
 Patterson,
 
 2 McLean, 87;
 
 Bell
 
 v.
 
 Morrison,
 
 1 Pet. 351; 3 Kent’s Com. 58; Story on Part., secs 323, 324.